UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Fonda Darby, | ) | |
| | ) | Bankruptcy No. 11 B 08406 |
| Debtor. | ) | |

**ORDER EXTENDING TIME TO PAY FILING FEE INSTALLMENTS**

Upon the hearing on dismissal for failure to pay installments of the filing fee as ordered on March 1, 2011, and Debtor having appeared and requested an extension of time to pay said installments, and the court finding that cause exists to grant Debtor an extension, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that Debtor shall pay filing fee installments as follows:

$100 on or before June 30, 2011,

$100 on or before July 28, 2011, and

$ 99 on or before August 26, 2011.

ENTER:

Dated: 6, 2, 11

_____
SUSAN PIERSON SONDERBY
**United States Bankruptcy Judge**